UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



Sandra Olvera,

                      Plaintiff(s),

v.

                                    Case No. 1:08-cv-15080-TLL-CEB
                                    Hon. Thomas L Ludington

Radha Cherukuri, et al.,

                      Defendant(s).

_____

## NOTICE OF REMAND

TO:  Saginaw County Circuit Court

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        1000 Washington Ave., Room 304
        Bay City, MI
        48708
        (989) 894-8800



### Certification

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      DAVID J. WEAVER, CLERK OF COURT

                                                      By: s/ S. Schoenherr
                                                            Deputy Clerk

Dated:  November 3, 2009